PORTERFIELD *v.* SPIKES, recorder.

REID, Chief Justice: The questions involved in the present writ of error are controlled by the rulings in *DeBerry* v. *Spikes*, ante.
*Judgment affirmed. All the Justices concur.*
No. 12844. JUNE 14, 1939.